UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL J. Mitchell, | ) | |
| | ) | 2:08-cv-01658-HDM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SNOWDEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

In response to plaintiff's letters of March 2, 2009, and March 15, 2009, plaintiff is informed that pursuant 28 U.S.C. § 1914(a) the total *in forma pauperis* application filing fee is $350. Plaintiff owes the full amount. Any such amount should be paid directly to the clerk of court with certification made that the payment is on plaintiff's behalf and is to be applied to the filing fee.

IT IS SO ORDERED.

DATED: This 2nd day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE

1