**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL J. Mitchell, ) | |
| ) | 2:08-cv-01658-HDM -RAM |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| SNOWDEN, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On July 7, 2010, Defendant Vance filed an opposition to marshal's request for costs (#25). On August 2, 2010, Plaintiff Mitchell filed a notice of non-opposition (#26). The motion of Defendant Vance to be relieved from payment of the costs of service is hereby GRANTED.

IT IS SO ORDERED.

DATED: This 6th day of August, 2010.

*Howard D McKibben*
_____
UNITED STATES DISTRICT JUDGE