UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. Mitchell,            )<br>                                 )<br>          Plaintiff,            )<br>                                 )<br>vs.                              )<br>                                 )<br>SNOWDEN, et al.,                 )<br>                                 )<br>          Defendants.            )<br>_____) | 2:08-cv-01658-HDM -RAM<br><br>ORDER GRANTING THIRD<br>EXTENSION OF TIME IN WHICH<br>TO FILE A RESPONSE TO<br>DEFENDANT'S MOTION TO<br>DISMISS |

    Plaintiff has requested a third extension of time (Docket #31, inadvertently titled "Plaintiff's Second Motion for Extension of Time to Oppose Defendant Compton's June 1, 2010 Motion to Dismiss") in which to respond to defendant Compton's motion to dismiss (Docket #20).  Plaintiff's request is hereby GRANTED.  Plaintiff shall have up to and including Monday, October 18, 2010, in which to file his response.

    IT IS SO ORDERED.

    DATED: This 20th day of September, 2010.

                                             *Howard D. McKibben*
                                          _____
                                          UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28