UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. Mitchell,               )
                                   )   2:08-cv-01658-HDM-RAM
            Plaintiff,             )
                                   )
vs.                                )   ORDER GRANTING EXTENSION
                                   )   OF TIME
SNOWDEN, et al.,                   )
                                   )
            Defendants.            )
_____)

    In a dictated letter to the court dated December 9, 2010, plaintiff has requested a sixth extension of time (Docket #40) in which to respond to defendant Compton's motion to dismiss (Docket #20). According to plaintiff, plaintiff has been on "suicide watch" due to a November 19, 2010 suicide attempt and has not been allowed access to his legal materials. Plaintiff's request for an extension (Docket #40) is hereby GRANTED.

    In addition, it appears that on November 15, 2010 plaintiff filed a request for an extension of time to respond to defendant Compton's motion to dismiss (Docket #36) that has not been

1

1  addressed by the court.  Plaintiff has filed numerous requests for
2  extensions of time to respond to the motion to dismiss since
3  November 15, 2010, and those requests have been granted.
4  Accordingly, plaintiff's November 15, 2010 request (Docket #36) is
5  hereby GRANTED.
6      Plaintiff shall have up to and including Monday, February 21,
7  2011, in which to file his response to defendant Compton's motion
8  to dismiss.

10     IT IS SO ORDERED.
11     DATED: This 27th day of December, 2010.

        *Howard D. McKibben*
        _____
        UNITED STATES DISTRICT JUDGE