**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL J. MITCHELL, | ) | 2:08-cv-01658-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| SNOWDEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This action is referred to the Chief Judge for the Eastern District of California for reassignment.

**IT IS SO ORDERED.**

DATED: This 24th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE

1