1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL JEROME MITCHELL,

11          Plaintiff,                     No. CIV S-08-1658 JAM DAD P

12      vs.

13   SNOWDEN, et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff has requested an extension of time to conduct discovery.  At the time

17   plaintiff drafted his pending request he did not have the benefit of the court's October 6, 2011

18   order.  In that order, the court extended the deadline for the parties to conduct discovery until

19   January 6, 2012.  Plaintiff's motion for an extension of time is therefore unnecessary.

20          Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension

21   of time (Doc. No. 65) is denied as unnecessary.

22   DATED: October 20, 2011.

23

24                                    _____

25   DAD:9                            DALE A. DROZD
     mitc1658.36d(2)                  UNITED STATES MAGISTRATE JUDGE
26